Elliot W. Gale (SBN 263326)
egale@sagarialaw.com
Joe Angelo (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff
Robert Kragen

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT KRAGEN**, <br><br> Plaintiff, <br><br> v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, et. al.**, <br><br> Defendants. | Case No.: 2:18-cv-01260-WBS-EFB <br><br> **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

PURSUANT TO THE REQUEST OF THE PLAINTIFF, IT IS SO ORDERED that the Status Conference is continued to December 3, 2018 at 1:30 p.m. and the Parties shall file a Joint Status Report no later than November 19, 2018.

Dated: September 27, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE