# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ISMAIL,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; CAPITAL ONE BANK, N.A. and DOES 1 through 100 inclusive.<br><br>    Defendants. | Case No. 2:18-cv-01260-WBS-AC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A.**<br><br>Complaint Filed: May 16, 2018 |

    Based upon the Parties' stipulation, and good cause appearing therefor, defendant Capital One Bank (USA), N.A. is hereby dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 24, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE